```
          UNITED STATES BANKRUPTCY COURT
           NORTHERN DISTRICT OF FLORIDA
               TALLAHASSEE DIVISION
```

IN RE:                              CASE NO. 05-40612-TLH4
                                    CHAPTER 13
ALTHEA WILLETS


_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
<u>OF UNCLAIMED FUNDS</u>**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: HEILIG MEYERS BANKRUPTCY COURT which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 399756 in the amount of 32.04 to the Registry as unclaimed funds.

RESPECTFULLY SUBMITTED.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

ALTHEA WILLETS
1417 KINGFORD AVENUE
TALLAHASSEE, FL 32310

HEILIG MEYERS MASTER TRUST
P.O. BOX 105460
ATLANTA, GA 30348-5460

AND

ALLEN P. TURNAGE, ESQ.
P.O. BOX 15219
TALLAHASSEE, FL 32317

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE

9/29/2010  1:06 pm / CR_213