UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                    CASE NO. 05-40612-TLH4
                                          CHAPTER 13
ALTHEA WILLETS

          Debtor(s)
_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

  1.  The Trustee has issued check(s) FOR: HEILIG MEYERS MASTER TRUST which remains outstanding and uncleared.

  2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

  3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 402925 in the amount of $7.32 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

> /s/Leigh D. Hart or
> /s/William J. Miller, Jr.
>    OFFICE OF THE CHAPTER 13 TRUSTEE
>    POST OFFICE BOX 646
>    TALLAHASSEE, FL 32302
>    ldhecf@earthlink.net
>    (850) 681-2734 "Telephone"
>    (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

ALTHEA WILLETS
1417 KINGFORD AVENUE
TALLAHASSEE, FL 32310

HEILIG MEYERS MASTER TRUST
P.O. BOX 105460
ATLANTA, GA 30348-5460

AND

ALLEN P. TURNAGE, ESQ.
P.O. BOX 15219
TALLAHASSEE, FL 32317

on the same date as reflected on the Court's docket as the electronic filing date for this document.

> /s/Leigh D. Hart or
> /s/William J. Miller, Jr.
>    OFFICE OF CHAPTER 13 TRUSTEE

11/19/2010 11:37 am / CR_213